# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| JOSEPH THRIFT, | |
| Plaintiff, | No. CV-15-56-BU-SEH |
| vs. | **ORDER** |
| AETNA LIFE INSURANCE CO., insurer and administrator of THE BOEING COMPANY NON-UNION GROUP LONG TERM DISABILITY PLAN, | |
| Defendant. | |

The parties having reached agreement and stipulation[1] on Plaintiff's request for attorneys' fees and taxable costs, and Plaintiff having withdrawn his claim for prejudgment interest,

ORDERED:

Defendant shall satisfy its obligation to pay Plaintiff the agreed upon

---

[1] Doc. 37.

allowance of reasonable attorneys' fees ($27,067.50) and taxable costs ($130.10).

FURTHER ORDERED:

Upon the grant of Plaintiff's Motion for Summary Judgment,[2] as set forth in the Court's Order of October 12, 2016,[3] and all remaining issues now being resolved, the clerk is directed to close the cause in the above-captioned matter.

DATED this 20th day of October, 2016

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Doc. 20.

[3] Doc. 35.