UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOSEPH THRIFT,<br><br>Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE CO., insurer and administrator of THE BOEING COMPANY NON-UNION GROUP LONG TERM DISABILITY PLAN,<br><br>Defendant. | Case No. CV-15-056-BU-SEH<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED finding for the Plaintiff and against the Defendant as set forth in the Court's Order of October 12, 2016.

Dated this 20th day of October, 2016.

                TYLER P. GILMAN, CLERK

                By: /s/ Erica Larson
                Erica Larson, Deputy Clerk